**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

---

**JOHNNY JUSTIN POSTLES,**

**Plaintiff,**

**v.** **No. 26-1028-STA-jay**

**JOEY HALE, et al.,**

**Defendants.**

---

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION FOR DISMISSAL**

---

Before the Court is the United States Magistrate Judge' Report and Recommendation that Plaintiff's complaint be dismissed without prejudice. (ECF No. 20.) The Magistrate Judge submitted his Report and Recommendation on August 17, 2026. Objections to the Report and Recommendation were due within fourteen (14) days of the entry of the Report. Giving Plaintiff the benefit of the additional three days allowed under Rule 6(d), Plaintiff's objections were due at the latest by September 3, 2026. To date Plaintiff has filed no objections to the Magistrate Judge's Report. Having reviewed the Magistrate Judge's Report and Recommendation *de novo* and the entire record of the proceedings, the Court hereby **ADOPTS** the Report.

This matter is hereby **DISMISSED** without prejudice for lack of subject matter jurisdiction. Additionally, Plaintiff's motions for injunctive relief (ECF Nos. 3, 10) are **DENIED** as moot.

The Clerk is **DIRECTED** to enter judgment accordingly.

**IT IS SO ORDERED.**

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: September 4, 2026